UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 11-156 JVS (MANx) | Date | February 4, 2011 |
| Title | Deutsche Bank National Trust Company v. Mendoza | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   Order to Show Cause re Jurisdiction

Defendant Michael Mendoza ("Mendoza") has removed this action from Superior Court of the State of California for the County of Orange presumably on the basis federal question jurisdiction, 28 U.S.C. §§ 1331.   He states that the removal is "pursuant to her [sic] Constitutional Right to Due Process [] to protect her home." (Notice of Removal, p. 1; see id., p. 3.)   No explicit basis for jurisdiction is stated.

The Court must determine jurisdiction on the basis of the case removed.  The underlying action is an unlawful detainer action.  No federal claims are asserted (28 U.S.C. § 1331).  Federal defenses or federal counterclaims provide no basis to remove an action which does  not otherwise establish federal jurisdiction.  See  Franchise Tax Board of State of Cal. v. Construction Laborers Vacation Trust, 643 U.S. 1, 10 (1983); Metro Ford Truck Sales, Inc. v. Ford Motor Co., 145 F.3d 320, 326-27 (5th Cir. 1998).

With respect to possible diversity jurisdiction, 28 U.S.C. § 1332, it is apparent that the amount of relief sought is less than the jurisdictional minimum of $75,000 (28 U.S.C. § 1332(a)).  The face on the Complaint states that the amount of claimed damages is less than $10,000.

Mendoza is ordered to show cause in writing within ten days why the case should not be remanded to the Superior Court of the State of California for the County of Orange for lack of jurisdiction.

**A failure to respond to this order will result in remand of this action to the Superior Court of the State of California**.

:    00


UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 11-156 JVS (MANx) | Date | February 4, 2011 |
| Title | Deutsche Bank National Trust Company v. Mendoza | | |

Initials of Preparer     kjt